JEFFREY M. LENKOV, ESQ. (SBN 156478)
JOSHUA B. SHAYNE, ESQ. (SBN 223408)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER** LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email: jml@manningllp.com; jbs@manningllp.com

JS-6

Attorneys for Defendant, Michaels Stores, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Triller,<br><br>    Plaintiff,<br><br>vs.<br><br>Michaels Stores, Inc. DBA Michaels Arts and Crafts, and DOES 1 to 50,<br><br>    Defendants. | Case No.: **LACV11-6760 ODW (MRWx)**<br><br>**REMAND ORDER**<br><br>cc: order, docket, remand letter to Los Angeles Superior Court, Van Nuys LC 094085 |

Pursuant to the Stipulation of the parties that diversity does not exist in this matter, the case is REMANDED to the Superior Court of California, County of Los Angeles, Case No. LC094085. So ORDERED on October 5, 2011.

Hon. Otis D. Wright, II
United States District Judge

-1-
REMAND ORDER